IMPLANT DIRECT INT'L, Appellant,

v.

**CLEAR CHOICE HOLDINGS LLC, Appellee.**

**No. 2014–1071.**

United States Court of Appeals, Federal Circuit.

March 21, 2014.

Patrick Francis Bright, Wagner, Anderson & Bright, LLP, Glendale, CA, for Appellant.

Marsha Gentner, Senior Counsel, Dykema Gossett PLLC, Washington, DC, for Appellee.

**ON MOTION**

**ORDER**

Implant Direct Int'l moves to withdraw its appeal. Clear Choice Holdings, LLC moves for an extension of time to file its

opening brief ten days after the court rules on the pending motion to withdraw the appeal.

Upon consideration thereof, IT IS ORDERED THAT:

(1) The motion to withdraw this appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.